

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 25 2022
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:22cr6-DPJ-LGI

KENDALL D. BEN  18 U.S.C. § 113(a)(6)

**The Grand Jury charges:**

That on or about March 26, 2021, in Leake County in the Northern Division of the Southern District of Mississippi, on lands within the confines of the Standing Pine Community of the Choctaw Indian Reservation in the Indian country, the defendant, **KENDALL D. BEN**, a Choctaw Indian, did assault V.M., a Choctaw Indian which resulted in serious bodily injury in violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all proceeds derived from the offense, and property involved in or traceable to property involved in the offense, including but not limited to all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 2253 (a)(2) and (a)(3) and Title 28, United States Code, Section 2461(c).

*[signature]*
DARREN J. LAMARCA
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 25th day of January 2022.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

2